JEFFERSON LEWIS and PHOCION LEWIS, by their Next Friend, FRANCES L. COCHRANE, v. JOSEPH W. COCHRANE, Guardian of the said petitioners.

Court of Chancery.   New Castle.   September 2, 1820.

*. Ridgely's Notebook III, 210.*

ALEXANDER McFARLAN v. WILLIAM CLARK FRAZER, Administrator of William Frazer.

Court of Chancery.   New Castle.   August 28, 1820.

*Ridgely's Notebook III, 212.*

FRANCIS O'DANIEL v. LEONARD VANDEGRIFT

Court of Chancery.   New Castle.   September 6, 1820.

*Ridgely's Notebook III, 242.*

ISAAC STIDHAM v. THOMAS JAQUET and SAMUEL NIVIN, Administrator of Peter Jaquet, the younger.

Court of Chancery.   New Castle.   September 6, 1820.

*Ridgely's Notebook III, 246.*